IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-1742-SMY |
| | ) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner (Doc. 20), seeking to have this case remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

Here, the parties agree that, upon remand, the Administrative Law Judge should consolidate Plaintiff's claim file herein with her March 16, 2016 claim file, take further action to complete the administrative record, and issue a new decision consistent with this Court's Order in case number 3:20-cv-00485-SMY.

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner (Doc. 20) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the

Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

    **IT IS SO ORDERED.**

    **DATED:  August 26, 2022**

                                                    **STACI M. YANDLE**
                                                  **United States District Judge**